Nicholas M. Wajda (Nev. Bar No. 11480)
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA DUNCAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 2:21-cv-01848-GMN-EJY<br><br>**~~PROPOSED~~ STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SCHEDULING REVIEW REQUESTED** |

Plaintiff Veronica Duncan ("Plaintiff") and Defendant First National Collection Bureau, Inc. ("Defendant") (collectively "the parties"), by and through their respective counsel of record, submit their Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1 as follows:

**Pursuant to Rule 26(f), the parties met and conferred on February 23, 2022**.

**(1) Discovery Cut-Off Date:** December 31, 2022. Given that this case is a class action, a discovery schedule that exceeds 180 days is appropriate because class discovery is significantly more burdensome and time consuming than individual discovery. Specifically, the process of identifying putative class members by name may take months in of itself, as it would require Defendant to search its records for accounts that contain certain codes that signify that a pre-recorded message call was placed. This undertaking may take several months for Defendant to complete.

    a. **Date of Defendant's Answer:** December 22, 2021.

1

b. **Last Date to File Discovery Motions:** December 31, 2022.

**(2) Amending the Pleadings and Adding Parties:** March 31, 2023.

**(3) Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** August 30, 2022.

a. **Disclosure of Rebuttal Experts:** September 21, 2022.

**(4) Dispositive Motions:** January 30, 2023.

**(5) Pretrial Order:** March 1, 2023.

**(6) Fed. R. Civ. P. 26(a)(3) Disclosures:** March 1, 2023.

**(7) Alternative Dispute Resolution.** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The parties believe that this case is best suited for meditation.

**(8) Alternative Forms of Case Disposition:** The parties certify that have considered consent to trial by a magistrate judge and have chosen to not to consent.

**(9) Electronic Evidence:** The parties certify that have discussed ESI and have agreed to produce all ESI in .pdf format.

**(10) Deadline to File Class Certification Motion:** August 31, 2022

| | |
|---|---|
| *By: /s/ Nicholas M. Wajda* <br> Nev. Bar No. 11480 <br> WAJDA LAW GROUP, APC <br> 871 Coronado Center Drive <br> Suite 200 <br> Henderson, Nevada 89052 <br> +1 702-900-6339 <br> nick@wajdalawgroup.com <br> *Attorney for the Plaintiff* | *By: /s/Kurt R. Bonds* <br> ALVERSON TAYLOR & SANDERS <br> KURT R. BONDS, ESQ. <br> Nevada Bar #6228 <br> 6605 Grand Montecito Parkway <br> Suite 200 <br> Las Vegas, Nevada 89149 <br> (702) 384-7000 <br> efile@alversontaylor.com <br> *Attorneys for First National Collection Bureau, Inc.* |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: February 23, 2022**

2