UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERONICA DUNCAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendants. | Case No. 2:21-cv-01848-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to File First Amended Class Action Complaint. ECF No. 18. The Motion was filed on March 29, 2022. The response was due April 12, 2022. No response was filed. Under Local Rule 7-2(d), the failure of a party to oppose a motion may be treated as agreement by the non-moving party to the Court granting the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Class Action Complaint (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate and electronically file the First Amended Class Action Complaint attached to ECF No. 18. Defendant's responsive pleading is due on April 21, 2022.

Dated this 14th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE