AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

VERONICA DUNCAN, individually, and
on behalf of all others similarly situated,

               Plaintiff,

   v.

FIRST NATIONAL COLLECTION
BUREAU, INC.,

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01848-GMN-EJY

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant and against Plaintiff dismissing this case with prejudice.

_10/28/2022_____
Date

_DEBRA K. KEMPI_____
Clerk

_/s/ H. Magennis_____
Deputy Clerk